# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RODNEY FOURA**, <br><br> *Plaintiff,* <br><br> v. <br><br> **NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK,** <br><br> *Defendant.* | **Case No. 5:19-cv-00394-JDW** |

## ORDER

AND NOW, this 16th day of September, 2020, upon consideration of Defendant National Railroad Passenger Corporation's ("Amtrak") Motion for Summary Judgment (ECF No. 36), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**. Judgment is **ENTERED** in favor of Defendant and against Plaintiff.

The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
**HONORABLE JOSHUA D. WOLSON**
**United States District Judge**