# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-3036

Rodney Foura v. National Railroad Passenger Co

(U.S. District Court No.: 5-19-cv-00394)

**ORDER**

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 20, 2021
PDB/cc: William G. Ballaine, Esq.
      Ms. Kate Barkman,
      Gerard J. Martillotti, Esq.
      Matthew P. Strauskulage, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate